THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 South Carolina
 Department of Social Services, Respondent,
 
 
 
 
 

v.

 
 
 
 Juanita W.,
 Willie B. and John Doe, Defendants,
 
 
 Of whom Juanita
 W. is the Appellant.
 
 
 In
 the interest of two minor children.  
 
 
 

Appeal From Richland County
Dana A. Morris, Family Court Judge

Unpublished Opinion No. 2010-UP-564
 Submitted December 1, 2010  Filed
December 23, 2010    

AFFIRMED

 
 
 
 Catherine H. Kennedy, of Columbia, for
 Appellant.
 Princess Faith Henryhand Hodges, of
 Columbia, for Respondent.
 Robert C. FitzSimmons, of Columbia, for
 Guardian ad Litem.
 
 
 

PER CURIAM: Juanita W.appeals from the family court's order terminating her
 parental rights to her minor children.  See S.C.
 Code Ann. § 63-4-2570 (2010).  Upon a thorough review of the record and the
 family court's findings of fact and conclusions of law pursuant to Ex Parte
 Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues
 warrant briefing.  Accordingly, we affirm the family court's ruling.   
AFFIRMED.[1]
SHORT, WILLIAMS, and
 PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.